UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA and
THE STATE OF MICHIGAN *ex. rel.*
RITA DUBOIS,

           Plaintiffs,

v.

VITAS HEALTHCARE CORPORATION
MIDWEST, VITAS INNOVATIVE
HOSPICE CARE, VITAS HEALTHCARE
CORP., COMFORT CARE HOLDINGS
CO., and CHEMED CORP.,

           Defendants.
_____/

Civil No. 2:13-cv-14602

Hon. Denise Page Hood
Mag. Judge R. Steven Whalen

## STIPULATION OF DISMISSAL

The United States of America, Relator Rita Dubois, and Defendants Vitas Healthcare Corporation Midwest, Vitas Hospice Services, LLC d/b/a Vitas Innovative Hospice Care, Vitas Healthcare Corp., Comfort Care Holdings Co., and Chemed Corp., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that the above parties have entered into the attached Settlement Agreement, which is incorporated herein by reference.

The parties further hereby stipulate that all Counts of this action (Counts 1–5) shall be dismissed as follows upon the filing of this Stipulation with the Clerk of

the Court pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, with each party to bear its own costs:

(1) As to the United States, the action is dismissed with prejudice only as to the Covered Conduct released in the Settlement Agreement—which corresponds to Count 1—and dismissed without prejudice as to Counts 2–5;

(2) As to the Relator Rita Dubois, all Counts in the action (Counts 1–5) are dismissed in their entirety with prejudice.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

/s/Brandon C. Helms
BRANDON C. HELMS
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan  48226

Phone: (313) 226.9639
Email: brandon.helms@usdoj.gov

*Attorney for United States*


/s/William D. Gilbride, Jr. (with consent)
William D. Gilbride, Jr. (P36830)
ABBOTT NICHOLSON, P.C.
300 River Place, Suite 3000
Detroit, Michigan 48207-4225
Phone: (313) 566.2500
wdgilbride@abbottnicholson.com

/s/Jonathan S. Feld (with consent)
Jonathan S. Feld
Eric Klein
DYKEMA GOSSETT
10 South Wacker Drive, Suite 2300.
Chicago, Illinois 60606
Phone: (312) 627.5680
Email: JFeld@dykema.com
           EKlein@dykema.com

*Attorneys for Defendants Vitas Healthcare Corporation Midwest, Vitas Hospice Services, LLC d/b/a Vitas Innovative Hospice Care, Vitas Healthcare Corp., Comfort Care Holdings Co., and Chemed Corp.*

Of Counsel:

Elizabeth K. Ainslie (P35870)
Theresa E. Loscalzo (P52031)
Stephenie W. Yeung (P84415)
SCHNADER HARRISON
SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Phone: (215) 751.2000

*Attorneys for the Plaintiff Rita Dubois*

## Certification of Service

I hereby certify under penalty of perjury that on November 28, 2016, the foregoing Stipulation of Dismissal was served by first class mail, postage prepaid, upon the following:

Stephenie Yeung
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Jonathan Feld
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606

/s/Katherine Washington
Katherine Washington
Legal Assistant
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226.0831